# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

MICHAEL WAYNE JOHNSON,

        Plaintiff,

   v.                                         Civil No.6:15-cv-00069-AA

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

        **Defendant.**

## JUDGMENT

Pursuant to the ORDER OF REMAND signed on December 2, 2015, this action is reversed and remanded to the Commissioner of Social Security for a *de novo* hearing and further administrative proceedings consistent with that ORDER OF REMAND.

Dated this 2ND day of December 2015.

*/s/ Ann Aiken*

Ann Aiken
United States District Judge

**JUDGMENT**